1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAILEY BELL-LOFFREDO<br><br>        Plaintiff,<br>v.<br><br>EQUIFAX INFORMATION<br>SERVICES, LLC,<br><br>        Defendant. | Case No.:  2:21-cv-03637-CBM-Ex<br><br>**JUDGMENT**<br>**[JS-6]** |

Consistent with the Court's Order re: Defendant's Motion for Summary Judgment, judgment is entered pursuant to Federal Rule of Civil Procedure 58 in favor of Defendant Equifax Information Services, LLC, and against Plaintiff Bailey Bell-Loffredo.

DATED:  OCTOBER 6, 2022

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE